Julie Fritcher

P.O. Box 1134

Lone Pine, CA 93545

(760) 793-1033

FILED

DEC 1 5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Julie Fritcher, PRO SE                  )   1:11 CV 02071 AWI JLT
                                        )
                     Plaintiff/Petitioner)
                                        )   No.
Vs.                                     )
                                        )   Complaint
Robert L. Zucco, Linda Puckett, Owens Valley )
                                        )
Indian Housing Authority, Does 1-100    )
                                        )
                     Respondents/Defendants)
                                        )

I.

COMPLAINT

1. This court has jurisdiction in the above matter because it is a civil dispute between parties who are residents of

1

California and the acts occurred in California. This Complaint alleges that the parties are Native American Indians, an entity of an Indian Tribe, or non tribal members the Court has jurisdiction under 28 U.S.C.s 1331. All parties reside in Inyo County.

2. Petitioner, Julie Fritcher is a Taxpayer and a Lone Pine Paiute-Shoshone Tribal Member of the Lone Pine Paiute-Shoshone Tribe.

3. Respondents Robert L. Zucco, Executive Director is a Lone Pine Paiute-Shoshone Tribal Member, and Linda Puckett, Bookkeeper, is a non-tribal member whom both work for Owens Valley Indian Housing Authority (herein as OVIHA)

4. Respondents were at all relevant times working at OVIHA and at the time on which this complaint is based took

2

place acting in that capacity and acting individually without discretion.

5. Respondent Robert L. Zucco is a Lone Pine Paiute-Shoshone Tribal Member. As a tribal member, he has been in attendance at General Council Meetings, been informed about the Freedom of Information Act, is aware that the tribes goes by the General Council Concept, and the 638 Contract. Robert L. Zucco has acted outside his authority, scope of work and job description. As a Director of OVIHA he is aware that he must follow all Federal Laws and Regulations. Mr. Zucco has also violated the General Council Concept and the six (6) essential principles. They are as follows

1. Rights of Participation

2. Due and Adequate Notice

3. Fair and Equal Opportunity

4. Duly recorded Actions

5. Parliamentary Procedures

3

6. Delegation of Powers

6. Respondent Linda Puckett has acted outside her scope of work and job description and is aware of the Freedom of Information Act. I believe that Linda Puckett is aware that she was illegally hired because she was hired by Robert Zucco, a personal friend and has lived with Robert Zucco at his address since the beginning of her employment. I believe that she also works outside her scope of work, job description and conducts illegal activities.

7. Both Respondents Robert L. Zucco and Linda Puckett were served by a California Process Server that served a document pertaining to the Housing Improvement Program (herein HIP) and other requests under FOIA. Plaintiff believes that both parties will continue to violated Federal Laws and Statues unless the Federal Courts intervenes and

4

hold both parties accountable for violations of Federal Laws, Statues and for taxpayer dollars that are being illegally used.

8. Petitioner is informed and believes that on this basis alleges that Respondents and each of them do not maintain a tribal court system of any kind on any date relevant herein. Petitioner was not offered any judicial remedy other than that under the Constitution of the United States of America. Petitioner believes that and may utilize any judicial proceeding available under law. Petitioner has no other plain, speedy and adequate remedy.

9. The actions of Defendant(s) in making recommendations without any other valid causes were wrong and were intended to cause and did cause me to suffer anguish, stress, worry and further severe emotional distress entitling me to damages.

10. The actions of Defendant(s) in engaging in the conduct alleged were intentional, malicious, in bad faith and in conscious disregard of Petitioner legal/civil rights entitling Petitioner to damages.

WHEREFORE Petitioner prays for judgments as follows:

1. Petitioner respectfully request that a stay and summons order be placed so all information/records can be obtained. Petitioner believes immediate action is warranted to preserve records due to the facts that defendants(s) are engaging in illegal activities.

2. Award damages in an amount according to the law.

3. Cost of suit herein and court cost.

4. Such other relief as the court deems just and proper.

6

I declare that the foregoing is true and correct and within my personal knowledge except where stated on information and belief. As to matters stated on information and belief, same are true and correct based upon my best information and belief. I declare under penalty of perjury that the foregoing is true and correct ant that this is executed this day

Dec 15, 2011, at Fresno, California

SIGNED _/s/ Julie_____

Julie Fritcher, PRO SE

P.O. Box 1134, Lone Pine, CA 93545

(760) 793-1033

Julie Fritcher
P.O. Box 1134
Lone Pine, CA 93545
(760) 793-1033

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Julie Fritcher, PRO SE            )
                                  )
              Plaintiff/Petitioner)
                                  )  No.
Vs.                               )
  ) **ADDRESS LIST**
                                  )
Robert L. Zucco, Linda Puckett, Owens Valley  )
                                  )
Indian Housing Authority, Does 1-250  )
                                  )
              Respondents/Defendants)
                                  )

**Plaintiff**

Julie Fritcher, PRO SE
P.O. Box 1134
Lone Pine, Ca 93545
(760) 793-1033

**Respondents/Defendants**

Robert Zucco
P.O. Box
Lone Pine, Ca 93545
(760 876-

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Julie Fritcher, PRO SE )
)
Plaintiff/Petitioner)
) No.
Vs. )
) **ADDRESS LIST**
)
Robert L. Zucco, Linda Puckett, Owens Valley )
)
Indian Housing Authority, Does 1-250 )
)
Respondents/Defendants)
)

**Respondents/Defendants Continued**

Linda Puckett
P.O. Box
Lone Pine, Ca 93545
(760) 876-


Owens Valley Indian Housing Authority
1101 South Main Street
Lone Pine, Ca 93545
(760) 876-

2